UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALYSANDRA FEWQUAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00870-SRC |
| | ) | |
| FORT ZUMWALT R-II SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**Memorandum and Order**

For the second time, Plaintiff AlySandra FewQuay amends her civil-rights complaint. Doc. 15.  The Court previously granted, doc. 5, FewQuay's first motion to proceed in forma pauperis, doc. 2.  As such, the Court directs the Clerk of Court to effectuate service of process through the United States Marshals Service, using the name and address for Defendant Fort Zumwalt R-II School District provided by FewQuay.[1]  *See* Fed. R. Civ. P. 4(c)(3).

Also, FewQuay, for the third time, moves for appointment of counsel.  Doc. 17.  As previously discussed, *see* doc. 10 at 6, this case appears to involve straightforward factual and legal issues, and the Court finds no indication that FewQuay cannot investigate the facts and present her claims to the Court.  Therefore, the Court denies her third motion without prejudice. Given that this is FewQuay's third motion for appointment of counsel, and that after due consideration the Court has denied each of them, the Court does not expect to entertain a future motion for appointment of counsel, if necessary, until after ruling on summary-judgment or other dispositive motions.

---

[1] The Court notes that FewQuay's original complaint and first amended complaint named Kansas City, MO OCR District Office as a defendant.  Docs. 1, 11.  The second amended complaint, however, names only one defendant: Fort Zumwalt R-II School District.

Accordingly, the Court orders the Clerk of Court to effectuate service of process via the United States Marshals Service upon Defendant Fort Zumwalt R-II School District at the address provided in doc. 15 at 2.  Also, on the Court's own motion, the Clerk of the Court must amend the caption of this case to read as follows:  *AlySandra FewQuay v. Fort Zumwalt R-II School District*.  Further, the Court denies FewQuay's [16] third motion for leave to proceed in forma pauperis as moot.  Finally, the Court denies FewQuay's [17] third motion for appointment of counsel.

So ordered this 28th day of November 2023.

                                        STEPHEN R. CLARK
                                      CHIEF UNITED STATES DISTRICT JUDGE